IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SARAH ISLAS**                                                                                       **PLAINTIFF**

**v.**                                        **Case No. 3:22-cv-00019-KGB**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## ORDER

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). Judge Harris recommends that the Commissioner's final decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) as defined by the statute and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991) (*Id.*, at 8). No party has filed an objection to the Recommendation, and the time for doing so has passed.

After careful consideration, the Court concludes that Judge Harris' Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court reverses and remands this case pursuant to the fourth sentence of 42 U.S.C. § 405(g).

So ordered this 6th day of March, 2022.

_____
Kristine G. Baker
United States District Judge