# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SARAH ISLAS**                                                                                          **PLAINTIFF**

**v.**                                   **Case No. 3:22-cv-00019-KGB**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this 6th day of March, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge